IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>ARTHUR KNOWLES, Acting Warden,<br><br>　　　　　　　　　　　　　Respondent. | USDC-ND 08-2869 JF<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR A STAY PENDING ISSUANCE OF MANDATE IN *HAYWARD* |

　　　This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **GRANTED**. Respondent shall respond to Petitioner's Petition thirty days after the issuance of the mandate in *Hayward*.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel

[Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　　　　　*Quesada v. Knowles*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. USDC-ND 08-2869 JF