IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA,<br><br>        Petitioner,<br><br>v.<br><br>ARTHUR KNOWLES, Acting Warden,<br><br>        Respondent. | USDC-ND 08-2869 JF<br><br>**[PROPOSED] ORDER DENYING RESPONDENT'S REQUEST FOR A STAY AND GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME** |

This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **DENIED**.

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent is granted a sixty day extension of time to file the Answer from the date the Court's denial to stay proceedings is served on the Attorney General's Office.

Dated: _____       _____
                                                                              The Honorable Jeremy Fogel

[Proposed] Order                                                                                                  *Quesada v. Knowles*
                                                                                                                         Case No. USDC-ND 08-2869 JF