Law Offices of Marc Elliot Grossman
MARC ELLIOT GROSSMAN
State Bar # 197627
818 Mountain Ave., Suite 111
Upland, California  91784
Telephone: (909) 608-7426
Facsimile: (909) 949-0119

Counsel for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA, | Case No. 08-2869 JF |
| Petitioner, | |
| v. | **PETITIONER'S OPPOSITION TO RESPONDENT'S REQUEST TO STAY PROCEEDINGS** |
| ARTHUR KNOWLES, Acting Warden, | |
| Respondent. | |

To THE HONORABLE JEREMY FOGEL, United States District Court Judge:

Based upon the following grounds and authorities, counsel for Petitioner David Quesada respectfully OPPOSES Respondent's request for a stay of the proceedings.

1. Respondent's request for a stay is based solely on the hope that the Ninth Circuit's en banc review of *Hayward v. Marshall* will extend beyond the merits of Hayward's constitutional claims to hold that federal courts have no jurisdiction over state prisoners' federal constitutional claims challenging parole decisions, or that the some evidence standard of review is inapplicable.  Respondent proffers no basis for such speculation, which cannot be a ground for requesting or granting a stay, especially in this case where the balance of interests rests entirely in Petitioner's favor.

1

2. Petitioner's claims are supported by ample state and federal authorities other than *Hayward* and in any event do not depend on the outcome of the Ninth Circuit's review of *Hayward*. The federally protected liberty interest at stake, the some evidence standard of review, and the authorities supporting Mr. Quesada's constitutional claims have been well established, pre- and post-*Hayward*. Please see authorities cited in the Petition (Ninth Circuit cases: *Sass, Irons, Biggs, McQuillion*; State cases: *Rosenkrantz, Dannenberg, Lee, Elkins*; see also *In re Viray*, 161 Cal.App.4th 1405 (2008); *In re Singler*, 161 Cal.App.4th 281 (2008); *In re Burdan*, 161 Cal.App.4th 14 (2008)).

3. In all of the *hundreds* of cases in which Respondent has contested the liberty interest and some evidence issues, the Ninth Circuit and district courts have squarely rejected those claims.

4. The interests of the parties are not "balanced." A final mandate in *Hayward* may take a year which would substantially extend Mr. Quesada's unconstitutional confinement. Not only will he be irreparably harmed by a stay, but Respondent has failed to suggest how the State could possibly he harmed by the lack of a stay, particularly when considering the indisputable facts that Mr. Quesada has been repeatedly determined forensically to pose a negligible public safety risk.

5. Respondent's focus on judicial resources is somewhat disingenuous. Respondent, keenly aware of the ongoing proceedings in *Hayward*, and the nature of said proceedings and the issues to be resolved, has obsessively sought to stay even tangentially related proceedings, whether the underlying case will turn on *Hayward* or not, typically waiting until the answer is due to make the request.

On the foregoing grounds, Petitioner respectfully OPPOSES Respondent's motion for a stay of these proceedings.

Dated: July 31, 2008

Respectfully submitted,

Marc Grossman
Counsel for Petitioner
DAVID QUESADA

## DECLARATION OF SERVICE BY FAX & MAIL

Case: **Quesada v. Knowles, No. USDC-ND** 08-2869 JF

I declare that I am a citizen of the United States.  I am over the age of 18 and am not a party to the within titled cause.

On _July 31, 2008_____, I served the attached

## PETITIONER'S OPPOSITION TO RESPONDENT'S REQUEST TO STAY PROCEEDINGS

on the parties listed below by enclosing same in an envelope to which adequate postage was affixed, and depositing same at the United States Post Office in Walnut, California for mailing.

> Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, California  94102

I declare, under penalty of perjury, that the facts I have stated above are true and correct.

Dated _July 31, 2008_____, at Walnut, California

_Joseph Wostro_____
Declarant